Case 2:23-cv-00319   Document 14   Filed on 01/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KRISTI KESEL BRITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00319 |
| | § | |
| NUECES COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Dismiss (D.E. 13), the Court enters final judgment dismissing this action with prejudice as to Plaintiff's complaint that the adverse employment action taken against her violated her First Amendment rights. This final judgment is without prejudice as to any other claim arising out of that adverse employment action.

**ORDERED** on January 30, 2024.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE